UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.: 5:10-CR-163-1BO



| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| EDDIE WILLIAMS | ) | |

This matter is before the Court on Defendant's Oral Motion to Withdraw as Counsel of Record for the Defendant Eddie Williams and to continue the arraignment hearing.

For good cause shown, Defendant's Oral Motion to Withdraw as counsel of record for Eddie Williams is **GRANTED** and the office of the Federal Public is directed to appoint new counsel for the defendant and this case is continued until the Court's _September_, 2010 term of court. **IT IS FURTHER ORDERED** that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(8)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

**SO ORDERED** this 9th day of August, 2010.

TERRENCE W. BOYLE
United States District Court Judge