IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-00163-BO

| UNITED STATES | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER AUTHORIZING FUNDS** |
| | ) | **FOR PRIVATE INVESTIGATOR** |
| EDDIE DESMOND WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

THIS CAUSE is before the Court on Defendant's Motion for Authorization of Funds for Private Investigator, not to exceed $900.00. Such funds are specifically authorized by the Criminal Justice Act. The motion is GRANTED to the extent that the hourly rate does not exceed $75.00 and expenses are reimbursed in accordance with the U.S. Government rate for mileage and per diem.

SO ORDERED. This the 12 day of April, 2011

_____
UNITED STATES DISTRICT JUDGE