IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-00163-BO

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| EDDIE DESMOND WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Local Criminal Rule 55.2, EDNC, Defendant Eddie Desmond Williams (hereinafter "Defendant") has moved to seal the exhibits to Defendant's Motion In Limine filed on April 20, 2011, Docket No. 55 because they contain personal identifying information.

The Court has carefully weighed the interests advanced by the movant and those interests favoring public access to judicial documents and records, and finds that the interests advanced by the movant override any common law or constitutional right of public access which may attach to the information. Accordingly, the Court GRANTS the motion. The Clerk of Court is directed to seal all Exhibits to Defendant's Motion in Limine filed on April 20, 2011 at Docket Entry No. 55.

SO ORDERED. This the 27 day of April, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE