IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-00163-BO

| UNITED STATES | ) | |
|---|---|---|
| v. | ) | |
| | ) | ORDER |
| EDDIE DESMOND WILLIAMS, | ) | |
| Defendant. | ) | |

Pursuant to Local Criminal Rule 55.2, EDNC, Defendant Eddie Desmond Williams (hereinafter "Defendant") has moved to seal Docket No. 89.

The Court has carefully weighed the interests advanced by Defendant and those interests favoring public access to judicial documents and records, and finds that the interests advanced by Defendant override any common law or constitutional right of public access which may attach to the information. Accordingly, the Court GRANTS the motion. The Clerk of Court is directed to seal the Docket Entry No. 89 and the proposed order thereto.

SO ORDERED. This the __ day of August, 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE