IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO.: 5:10-CR-00163-BO

UNITED STATES OF AMERICA

vs.

EDDIE DESMOND WILLIAMS,
Defendant.

**ORDER DIRECTING THAT NEW COUNSEL BE PROVIDED COPY OF SEALED PRESENTENCE REPORT**

FOR GOOD CAUSE SHOWN, the defendant's motion to unseal the presentence report so that newly appointed counsel may have access to the final draft of the presentence report to prepare for the resentencing hearing is hereby GRANTED. The Clerk of Court is directed to provide a copy of this order to the US Probation Office and the US Probation Office is to provide counsel with a copy of the final draft of the presentence report forthwith.

SO ORDERED, this _____ day of July, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE