UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-163-BO

UNITED STATES OF AMERICA,          )
                                   )
        v.                         )          ORDER
                                   )
EDDIE DESMOND WILLIAMS             )
    a/k/a "Delmar Williams"        )

Upon motion of the United States, it is hereby ORDERED that
Docket Entry Number 164 and its accompanying Order in the
above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed
sealed documents to the United States Attorney and Defendant's
attorney.

This the **14** day of January, 2014.

TERRENCE W. BOYLE
United States District Judge