IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO.: 5:10-CR-00163-BO

UNITED STATES OF AMERICA

vs.                                        **ORDER TO SEAL**

EDDIE DESMOND WILLIAMS,
           Defendant.


       FOR GOOD CAUSE SHOWN, the defendant's Motion to Seal is allowed and the Clerk is directed

to seal the Motion For Competency Study and the Court's ruling regarding said motion except that the

Clerk is authorized to provide a filed copy of the Motion to Seal, the Court's ruling on said motion and the

sealed Motion to counsel for the defendant and counsel for the Government.

       It is so ORDERED and DIRECTED, this the ___14___ day of January, 2014.


                                    _____
                                    TERRENCE W. BOYLE
                                    UNITED STATES DISTRICT COURT JUDGE